AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF   NEVADA

ALEXANDER OCASIO,

      Plaintiff,  
V.

DAN L. PAPEZ, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00163-LRH-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice.

  June 24, 2009                                                  **LANCE S. WILSON**  
                                                                        Clerk

                                                              /s/ D. R. Morgan  
                                                                   Deputy Clerk